# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: T. Ferris, Deputy Clerk | RECEIVED DATE: August 9, 2018 |
|---|---|
| CASE NO. 18-cv-00489-WQH-KSC | DOC FILED BY: Timothy Andrew Roper |
| CASE TITLE: Roper v. Yanni | |
| DOCUMENT ENTITLED: Motion for Clarification and Early Neutral Evaluation | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: **August 10, 2018**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: August 13, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court