NUNC PRO TUNC
08/09/2018

**FILED**
Aug 13 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ andrewsa     DEPUTY

1. Your name: TIMOTHY ANDREW ROPER
2. Address: 1 GARDENERS CLOSE, BRADFORD ON TONE, TAUNTON, SOMERSET
3. TA4 1HT   UNITED KINDOM
4. Phone Number: 011 44 1823 461 971
5. Fax Number:   NONE
6. E-mail Address: timroper2@gmail.com
7. Pro Se   PLAINTIFF

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ANDREW ROPER<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP YANNI<br><br>Defendant. | Case Number:<br>18cv00489-WQH-KSC<br><br>PLAINTIFF'S MOTION FOR CLARIFICATION AND EARLY NEUTRAL EVALUATION |

## BACKGROUND

On March 7, 2018, Plaintiff Timothy Roper initiated this action against Defendant Philip Yanni by filing a Complaint for fraudulent concealment, fraudulent misrepresentation, and breach of express warranty. (ECF No. 1). On

1  March 26, 2018, Plaintiff filed the First Amended Complaint. (ECF No. 4). On
2  April 11, 2018, Defendant filed the Motion for Summary Judgment. (ECF No. 8).
3  On May 5, 2018, Plaintiff filed a Motion in Opposition to Defendant's Motion for
4  Summary Judgment. (ECF No. 12).

6  On July 26, 2018, the Court issued its Order denying the Motion for
7  Summary Judgment in full (ECF No.13).

9  No further Orders or instructions or deadlines on how the case was to
10 proceed were issued.

## REQUEST FOR CLARIFICATION

14 Plaintiff respectfully requests that the Court clarify whether the defendants
15 Motion for Summary Judgment qualified as an Answer to the First Amended
16 Complaint (ECF No. 4) as per Rule 12, Fed.R.Civ.P.

18 Plaintiff also respectfully requests that the Court clarify whether an answer
19 is still required to the FAC by the defendant and if so by what date.

21 Plaintiff contacted defendant's attorney's by email on July 28, 2018 to
22 suggest he and they start work towards a Rule 26(f) Conference and a Discovery
23 Plan but has received no response. Plaintiff therefore respectfully requests that the
24 Court clarify the next steps in this case and issues instructions with a view to
25 instigating a Case Management Conference as per the Court's Local Rules - *Civil*
26 *Rule 16.1 Pretrial and Setting for Trial (d). 1-4.*

## REQUEST FOR EARLY NEUTRAL EVALUATION

Plaintiff respectfully requests that the Court also order an Early Neutral Evaluation Conference as per the Court's Local Rules - *Civil Rule 16.1 Pretrial and Setting for Trial (c). 1-2.*

Dated: 1ST AUGUST 2018

Signature:

Name

TIMOTHY ANDREW ROPER

## CERTIFICATE OF SERVICE

I hereby certify that the following:

1. Plaintiffs Motion for Clarification and Early Neutral Evaluation;

was served on the following person(s):

Brooks F. Cooper
Draneas & Huglin, P.C
4949 Meadows Road, Suite 400
Lake Oswego, OR 97035-2491
Telephone 503-496-5500
brooks@draneaslaw.com

Roger N. Behle, Jr.
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, CA 92626
Telephone 714-556-1700

By causing a copy thereof to be placed in a sealed envelope, postage prepaid,

Timothy Andrew Roper

1 Gardeners Close, Bradford on Tone, Taunton, Somerset TA4 1HT

United Kingdom.

Dated: 1st August 2018

Signature:

Timothy Andrew Roper

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO
CALIFORNIA 92101
UNITED STATES OF AMERICA



Royal Mail.u
POSTAGE PAID UK.5
01/08/18 £7.25  TA21
230548    1-3131028