**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
Email: asadock@panakoslaw.com
Bonnie E. McKnight, Esq. (SBN 306562)
Email: bmcknight@panakoslaw.com
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone: (619) 800-0529

Attorneys for Defendant Philip Yanni

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ANDREW ROPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP YANNI, an individual,<br><br>Defendant. | Case No. 3:18-CV-00489-WQH-KSC<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>District Judge: Hon. William Q. Hayes<br>Courtroom: 14B<br>Action filed: March 7, 2018 |

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Defendant Philip Yanni substitutes Aaron D. Sadock Esq. SBN 282131, of Panakos Law APC, as counsel of record in place of Roger N. Behle, Jr., of FOLEY BEZEK BEHLE & CURTIS, LLP, and Brooks F. Cooper of DRANEAS & HUGLIN, P.C. (appearing *Pro Hac Vice*)

Contact information for new counsel is as follows:

    Firm Name:    Panakos Law APC
    Address:    555 West Beech Street Suite 500 San Diego CA 92101
    Telephone:    619 800 0529

```
 1      Facsimile:        866 365 4856
 2      Email:            asadock@panakoslaw.com
 3
 4   I consent to the above substitution.        PHILIP YANNI, an individual
 5
     Date: 7 Sept 2018                           By: _____
 6                                                        Philip Yanni
 7
 8   I consent to being substituted.             FOLEY BEZEK BEHLE & CURTIS, LLP
 9
10   Date: _____                By: _____
11                                                        Roger N. Behle, Jr.
12
13   I consent to being substituted.             DRANEAS & HUGLIN, P.C.
14
15   Date: _____                By: _____
                                                          Brooks F. Cooper
16
17
18   I consent to the above substitution         PANAKOS LAW, APC
19
     Date: _____                By: _____
20                                                        Aaron D. Sadock
21
22
23   The substitution of attorney is hereby approved and so ORDERED.
24
     Date: _____                _____
25                                                        Judge
26
27
28
```

| | | |
|---|---|---|
| 1 | Facsimile: | 866 365 4856 |
| 2 | Email: | asadock@panakoslaw.com |

4   I consent to the above substitution.          PHILIP YANNI, an individual

6   Date:_____          By: _____
                                                                          Philip Yanni

8   I consent to being substituted.          FOLEY BEZEK BEHLE & CURTIS, LLP

10  Date: September 10, 2018                  By: /s/ Roger N. Behle Jr._____
                                                                          Roger N. Behle, Jr.

13  I consent to being substituted.          DRANEAS & HUGLIN, P.C.

15  Date: September 10, 2018                  By: /s/ Brooks F. Cooper_____
                                                                          Brooks F. Cooper

17  I consent to the above substitution          PANAKOS LAW, APC

19  Date: September 10, 2018                  By: /s/ Aaron D. Sadock_____
                                                                          Aaron D. Sadock

23  The substitution of attorney is hereby approved and so ORDERED.

24  Date:_____          _____
                                                                          Judge

---

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
2                                          3:18-CV-00489-WQH-KSC