1  **PANAKOS LAW, APC**
   Aaron D. Sadock (SBN 282131)
2  Email: asadock@panakoslaw.com
   Bonnie E. McKnight, Esq. (SBN 306562)
3  Email: bmcknight@panakoslaw.com
   555 West Beech Street, Suite 500
4  San Diego, California 92101
   Telephone:  (619) 800-0529
5

6  Attorneys for Defendant Philip Yanni

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TIMOTHY ANDREW ROPER, an individual, | Case No. 3:18-CV-00489-WQH-KSC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | District Judge: Hon. William Q. Hayes |
| PHILIP YANNI, an individual, | Courtroom: 14B |
| Defendant. | Action filed: March 7, 2018 |

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Defendant Philip Yanni substitutes Bonnie E. McKnight Esq. SBN 306562, of Panakos Law APC, as counsel of record in place of Roger N. Behle, Jr., of FOLEY BEZEK BEHLE & CURTIS, LLP, and Brooks F. Cooper of DRANEAS & HUGLIN, P.C. (appearing *Pro Hac Vice*)

Contact information for new counsel is as follows:

    Firm Name:    Panakos Law APC
    Address:    555 West Beech Street Suite 500 San Diego CA 92101
    Telephone:    619 800 0529

```
 1      Facsimile:      866 365 4856
 2      Email:          bmcknight@panakoslaw.com
 3
 4   I consent to the above substitution.        PHILIP YANNI, an individual
 5
     Date: 7 Sept 2018                           By: /s/ Philip Yanni
 6                                                   Philip Yanni
 7
 8   I consent to being substituted.             FOLEY BEZEK BEHLE & CURTIS, LLP
 9
10   Date: _____                By: _____
11                                                   Roger N. Behle, Jr.
12
13   I consent to being substituted.             DRANEAS & HUGLIN, P.C.
14
15   Date: _____                By: _____
                                                     Brooks F. Cooper
16
17   I consent to the above substitution         PANAKOS LAW, APC
18
19   Date: _____                By: _____
                                                     Bonnie E. McKnight
20
21
22
23   The substitution of attorney is hereby approved and so ORDERED.
24
25   Date: _____                _____
                                                     Judge
26
27
28
```

| | | |
|---|---|---|
| 1 | Facsimile: | 866 365 4856 |
| 2 | Email: | bmcknight@panakoslaw.com |

I consent to the above substitution.          PHILIP YANNI, an individual

Date:_____          By: _____
                                              Philip Yanni

I consent to being substituted.          FOLEY BEZEK BEHLE & CURTIS, LLP

Date: September 10, 2018          By: /s/ Roger N. Behle Jr.\_\_\_\_\_
                                     Roger N. Behle, Jr.

I consent to being substituted.          DRANEAS & HUGLIN, P.C.

Date: September 10, 2018          By: /s/ Brooks F. Cooper_____
                                     Brooks F. Cooper

I consent to the above substitution          PANAKOS LAW, APC

Date: September 10, 2018          By: /s/ Bonnie E. McKnight\_\_\_\_
                                     Bonnie E. McKnight

The substitution of attorney is hereby approved and so ORDERED.

Date:_____          _____
                                              Judge