| | |
|---|---|
| 1 | **PANAKOS LAW, APC** |
| 2 | Aaron D. Sadock (SBN 282131)<br>Email: asadock@panakoslaw.com |
| 3 | Bonnie E. McKnight, Esq. (SBN 306562)<br>Email: bmcknight@panakoslaw.com |
| 4 | 555 West Beech Street, Suite 500<br>San Diego, California 92101 |
| 5 | Telephone:  (619) 800-0529 |
| 6 | Attorneys for Defendant Philip Yanni |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ANDREW ROPER, an individual,<br><br>Plaintiff,<br>v.<br>PHILIP YANNI, an individual,<br>Defendant. | Case No. 3:18-CV-00489-WQH-KSC<br><br>**NOTICE OF WITHDRAWAL OF FILING DOCKET NO. 28**<br><br>District Judge: Hon. William Q. Hayes<br><br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Courtroom: 14B<br><br>Action filed: March 7, 2018 |

**TO THE HONORABLE JUDGE OF THIS COURT AND PLAINTIFF IN PRO PER:**

PLEASE TAKE NOTICE that Defendant Phillip Yanni hereby withdraws Docket No. 28, Opposition to Plaintiff's Ex Parte Application for Permission to Take Part in Early Neutral Evaluation Conference Set for December 4, 2018 at 2:30 p.m. by Telephone Conference Call. Docket No. 28 was erroneously submitted under attorney Aaron D. Sadock's e-filing account when it should have been filed under the signor's account, namely attorney Bonnie E. McKnight.

1     PLEASE TAKE FURTHER NOTICE that a corrected filing of Defendant's Opposition to Plaintiff's Ex Parte Application as referenced above will be submitted following the filing of this Notice.

Respectfully submitted,

Dated: November 6, 2018         **PANAKOS LAW, APC**

                                      By: /s/Aaron D. Sadock
                                      Aaron D. Sadock
                                      Attorneys for Defendant Philip Yanni